UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS PURNELL THREATT,**

Petitioner,

vs.

**NOAH NAGY,**

Respondent.

**2:20-CV-10623**

**JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on this day, it is **ORDERED AND ADJUDGED** that:

(1) The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE.**
(2) A Certificate of Appealability is **DENIED.**
(3) Petitioner is **GRANTED** leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan: August 17, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE